HON. LONNY R. SUKO

Kirkham Law Office PLLC
James D. Kirkham Jr.
420 N. Pearl St. Ste 303
Ellensburg, WA  98926-3112
(509) 389-8106
james@kirkhamlaw.com
Attorney for Plaintiff

Jerry J. Moberg
Jerry Moberg & Associates, P.S.
P.O. Box 130 – 124 3rd Avenue S.W.
Ephrata, WA 98823
jmoberg@jmlawps.com
(509) 754-2356
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF WASHINGTON

| DAVID A DODD, | NO. CV - 12-522-LRS |
|---|---|
| Plaintiff, | **FIRST AMENDED [PROPOSED] JOINT PRETRIAL ORDER** |
| v. | |
| JAMES W. MARSHALL and CITY OF EAST WENATCHEE, sued in individual and official capacities, | |
| Defendants. | |

COME NOW the parties, by and through their attorneys of record -- James D. Kirkham Jr., attorney for Plaintiff, and Jerry J. Moberg and Brian A. Christensen, attorneys for Defendants James W. Marshall and City of East Wenatchee -- and present this Proposed Joint Pretrial as follows:

T:\WPWIN\East Wenatchee\Dodd v City of East Wenatchee (CIAW)\Pleadings - Trial\268397.doc

FIRST AMENDED JOINT PRE-TRIAL ORDER

Page 1 of 10

Jerry J. Moberg & Associates
Attorneys At Law
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

## I.    NATURE OF PROCEEDINGS AND STATEMENT OF JURISDICTION

This § 1983 lawsuit also involves state law negligence claims.  This case involves an occurrence of June 9, 2010 in East Wenatchee, WA. Plaintiff contends that he was subjected to harassment when Defendant Officer James W. Marshall of the East Wenatchee Police Department arrested him for failing to stop for an officer and for suspected driving under the influence. Plaintiff further contends that Defendant East Wenatchee's police department failed to properly train Officer Marshall. Plaintiff admits that even though he felt intimidated and harassed, he approached the officer in the Costco parking lot on the driver's side of the Officer Marshall's marked police vehicle and confronted Officer Marshall. Plaintiff contends that he told the officer "I don't know why you are flipping u-turns behind me, but I have a license, registration, and insurance" and further stated "you need to get off my ass and quit harassing me."  According to Plaintiff, he then drove off carefully and was not speeding and stopped at all stop signs while driving to his residence. It was after that incident that Plaintiff contends that the Defendant unlawfully pursued and arrested Plaintiff and Plaintiff's home.

Officer Marshall contends that Plaintiff approached him from behind at a high rate of speed, stopped in the oncoming lane and began to yell obscenities. Defendant Marshall contends that Plaintiff was waving his arms in a highly

**Jerry J. Moberg & Associates**
**Attorneys At Law**
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

agitated state yelling things to the effect of "leave me the f--- alone." It was at that point that Officer Marshall feared for his safety and the safety of others. Defendants assert that Plaintiff sped away at a high rate of speed. Defendants further contend that, after contact, Officer Marshall's intent was to make a stop on the vehicle for driving on the wrong side of the road and speeding through a parking lot.

Once they arrived at Plaintiff's residence, Plaintiff contends that Officer Marshall came out of the police car with a Taser in one hand and his service weapon and insisted that Plaintiff get on the ground and to keep his face down. Officer Marshall then arrested Plaintiff for reckless driving.

## II.    AGREED FACTS

Plaintiff made contact with Defendant Officer Marshall and spoke to him.

## III.    PLAINTIFF'S CONTENTIONS

Plaintiff's contentions as to disputed are:

1.    During the June 9, 2010 stop, Defendant did not observe Plaintiff's fail to stop at any stop sign, of which there was at least two.

2.    Defendant also did not observe Plaintiff's fail to signal prior to turning, of which there were at least five places where the Plaintiff was required to signal prior to turning.

**Jerry J. Moberg & Associates**
**Attorneys At Law**
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

3.    Defendant elected to pull Plaintiff over for speeding, even though he was unable to pace the vehicle, could not see the vehicle on all of Pace Drive or Highline, and could not see the vehicle on all or any of the streets thereafter.

4.    Stop was unlawful.

5.    Plaintiff's conduct did not justify Defendant's arrest, an arrest made with a gun drawn even though the stop was allegedly for speeding.

## IV.    DEFENDANTS' CONTENTIONS

Defendants' contentions as to disputed facts are as follows:

1.    Plaintiff posed an immediate threat to the safety of Officer Marshall, the ride along and to others.

2.    Defendant had reasonable suspicion to believe that Plaintiff was driving at a rate of speed higher than the posted limit.

3.    Officer Marshall's use of force on Plaintiff was reasonable and justified when viewing the facts from the perspective of a reasonable police officer under the circumstances presented.

4.    Officer Marshall's decision to use the force that he used was within the range of reasonable alternatives.

5.    The training policies of the East Wenatchee Police Department were adequate to train its police officers to handle the usual and recurring situations with which its police officers must deal.

**Jerry J. Moberg & Associates**
**Attorneys At Law**
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

6.    The training policies of the East Wenatchee Police Department did not cause the deprivation of Plaintiff's constitutional rights.

7.    Plaintiff has no one to blame but himself for Officer Marshall's use of force.

8.    The East Wenatchee Police Department was not deliberately indifferent to the constitutional rights of the public.

9.    Plaintiff was under the influence of something at the time of this incident which was a proximate cause of his injuries. Further, Plaintiff is more than 50 percent at fault.

## V.    ISSUES OF FACT

1.    Did Mr. Dodd speed, run a stop sign or violate any other traffic laws?

2.    Did Mr. Dodd engage in any activity that would constitute "free speech?"

3.    Was Mr. Dodd's damage caused by his own actions, i.e., failing to take the breath test, which automatically suspended his license?

4.    Is there any policy of the city of East Wenatchee that caused the alleged damage?

5.    Did Mr. Dodd fail to stop for the officer?

6.    Did Officer Marshall act according to his training?

**Jerry J. Moberg & Associates**
**Attorneys At Law**
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

## VI.    ISSUES OF LAW

1.  Did Officer Marshall have probable cause to pursue Mr. Dodd?

2.  Did Officer Marshall use reasonable force in arresting Mr. Dodd?

3.  Did Officer Marshall violate Mr. Dodd's right to free speech?

4.  Did Officer Marshall falsely arrest Mr. Dodd?

5.  Is the City of East Wenatchee liable for negligently hiring or supervising Mr. Dodd?

6.  Is there any evidence of municipal liability?

## VII.   EXHIBITS

Plaintiff's Exhibits:

Exhibit 1

Exhibit 2

Exhibit 3

Defendants' exhibits are the following:

| EX # | DESCRIPTION OF EXHIBIT |
|------|------------------------|
| 104. | Certified Copies of the Judgment and Sentence for Superior Court Case No. 92-1-00084-2, State of Washington v. David Allyn Dodd |
| 105. | Certified Copies of the amended Judgment and Sentence for Superior Court Case No. 92-1-00084-2, State of Washington v. David Allyn Dodd |
| 106. | Certified Copies of the Judgment and Sentence for Superior Court Case No. 00-1-00257-3. State of Washington v. David Allyn Dodd |
| 107. | Certified Copies of the Judgment and Sentence for Superior Court Case No. 02-1-00062-6. State of Washington v. David Allyn Dodd |

**Jerry J. Moberg & Associates**
**Attorneys At Law**
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

| EX # | DESCRIPTION OF EXHIBIT |
|------|------------------------|
| 108. | Certified Copies of the Judgment and Sentence for Superior Court Case No. 07-1-00731-9. State of Washington v. David Allyn Dodd |
| 109. | Certified Copies of the Judgment and Sentence for Superior Court Case No. 89-1-00042-4. State of Washington v. David Allyn Dodd |
| 110. | Certified Copies of the Judgment and Sentence for Superior Court Case No. 87-1-00063-1. State of Washington v. David Allyn Dodd |
| 111. | ILLUSTRATIVE MAP OF THE AREA OF EAST WENATCHEE INVOLVING THE FACTS OF THIS CASE |
| 112. | Douglas County Sheriff's Office Car Camera Recording Arrest of David Allyn Dodd. |

There are no objections to the above exhibits.

## VIII.  WITNESSES

Plaintiff's Witnesses

1.  David Dodd
    Okanagan County Jail
    149 4th Ave N
    Okanogan, WA
    (509) 422-7230


Defendants' Witnesses

The following witnesses may be called by Defendants:

1.    Officer James W. Marshall
      East Wenatchee Police Department
      271 9th Street N.E.
      East Wenatchee, WA 98807
      (509) 884-9511

2.    Officer Ray Coble
      East Wenatchee Police Department
      271 9th Street N.E.
      East Wenatchee, WA 98807

T:\WPWIN\East Wenatchee\Dodd v City of East Wenatchee (CIAW)\Pleadings - Trial\268397.doc

FIRST AMENDED JOINT PRE-TRIAL ORDER

Jerry J. Moberg & Associates
Attorneys At Law
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

(509) 884-9511

3.    Officer Dean Schlaman
      East Wenatchee Police Department
      271 9th Street N.E.
      East Wenatchee, WA 98807
      (509) 884-9511

4.    Trooper Thomas Moberg
      2822 Euclid Avenue
      Wenatchee, WA 98801
      (509) 682-8118

5.    Katie Marshall
      Unknown

Defendants shall have the right to call any witnesses identified by Plaintiff

that Plaintiff does not call during Plaintiff's case. Other than for rebuttal witnesses,

no witnesses may be called unless listed above.

## IX.    RELIEF SOUGHT

Plaintiff seeks an award of compensatory damages for injuries and damages

proximately caused by the alleged wrongful conduct of Defendants.

Defendants seek an order of the Court dismissing this action with prejudice.

## X.    TRIAL

Defendants estimate 3 days trial time.  The parties stipulate and agree that

(check appropriate box):

_.    An alternate juror is recommended.

Jerry J. Moberg & Associates
Attorneys At Law
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

\_.    If a juror is excused during trial for good cause the parties stipulate to a verdict by five jurors.

x.    No stipulation reached as to the above.

Unless otherwise specified in a scheduling order, proposed instructions and trial memoranda shall be filed and served at least 7 days prior to commencement of trial.

## XI.    ACTION BY THE COURT

The Court has denied defendant's motion for summary judgment.

It is hereby ORDERED that the foregoing constitutes the pretrial order in the case and that upon the filing hereof all pleadings pass out of the case and are superseded by this Order.  This Order may be amended by consent of the parties and approval by the Court or by the Court to prevent manifest injustice.

SUBMITTED this 20th day of February, 2014.

KIRKHAM LAW OFFICE, PLLC

s/ James D. Kirkham, Jr.
JAMES D. KIRKHAM, JR., WSBA No. 36612
Attorneys for Plaintiff

JERRY MOBERG & ASSOCIATES, P.S.

s/ Jerry J. Moberg
JERRY J. MOBERG, WSBA No. 5282
jmoberg@jmlawps.com
451 Diamond Drive
Ephrata, WA 98823
(509) 745-2356

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF System which will send notification of such

filing to the following:

James D. Kirkham Jr.
james@kirkhamlaw.com

DATED this 26th day of February, 2014.


JERRY MOBERG & ASOCIATES, PS.


*/S/ Jerry J. Moberg*_____
JERRY J. MOBERG, WSBA No. 5282
jmoberg@canfieldsolutions.com

T:\WPWIN\East Wenatchee\Dodd v City of East Wenatchee (CIAW)\Pleadings - Trial\268397.doc

FIRST AMENDED JOINT PRE-TRIAL ORDER

Page 10 of 10

**Jerry J. Moberg & Associates**
**Attorneys At Law**
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202