HONORABLE LONNY R. SUKO

Jerry J. Moberg
Jerry Moberg & Associates, PS
451 Diamond Drive
Ephrata, WA 98823
(509) 754-2356
Attorney for Defendants

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID A DODD;<br><br>    Plaintiff,<br>  v.<br><br>JAMES W. MARSHALL AND CITY OF EAST WENATCHEE, sued in individual and official capacities;<br><br>    Defendants. | NO. CV - 12-522-LRS<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF DEFENDANTS JAMES W. MARSHALL AND THE CITY OF EAST WENATCHEE |

This matter came before the above-titled Court, on both parties Stipulated Motion for Dismissal of Defendants James W. Marshall and the City of East Wenatchee. The Court being fully apprised, and after reviewing the record and finding the motion to be in order, the Court being fully advised in the premises; NOW THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the parties' stipulated motion for dismissal, ECF No. 63, is GRANTED and Plaintiff's case against Defendants James W. Marshall and the City of East Wenatchee is hereby dismissed with prejudice.

\\Legal-main\LawData\WPWIN\East Wenatchee\Dodd v City of East Wenatchee (CIAW)\Pleadings - Conclusion\275904.doc

ORDER GRANTING STIPULATED MOTION
FOR DISMISSAL OF DEFENDANTS JAMES W.
MARSHALL AND THE CITY OF EAST
WENATCHEE

**Jerry Moberg & Associates, P.S.**
P.O. Box 130❖124 3rd Ave S.W.
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

Page 1 of 2

The District Court Executive is directed to enter this order and CLOSE THE FILE in this matter.

DATED this 22nd day of April, 2014.

*s/Lonny R. Suko*

Presented by:                    HONORABLE LONNY R. SUKO

JERRY MOBERG & ASSOCIATES

s/ Jerry J. Moberg
JERRY J. MOBERG, WSBA No. 5282
451 Diamond Drive
Ephrata, WA 98823
(509) 745-2356
Attorneys for Defendant City of Liberty Lake


KIRKHAM LAW OFFICE, PLLC

s/ James D. Kirkham (via fax)
James D. Kirkham Jr., WSBA No. 36612
Attorney for David Dodd

\\Legal-main\LawData\WPWIN\East Wenatchee\Dodd v City of East Wenatchee (CIAW)\Pleadings - Conclusion\275904.doc

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF DEFENDANTS JAMES W. MARSHALL AND THE CITY OF EAST WENATCHEE

**Jerry Moberg & Associates, P.S.**
P.O. Box 130❖124 3rd Ave S.W.
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

Page 2 of 2